Florence Hopper, Appellee, v. Edward Hopper, Appellant.

Gen. No. 9,747.

Heard in this court at February term, 1942; opinion filed May 14, 1942. Shapiro & Lauridsen, for appellant; Victor Lauridsen, of counsel; Victor N. Cardosi and Donald Gray, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''